U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office

9/23/2019                M

Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.   CR417-208 |
| | ) | |
| EUGENE ALLEN, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.   CR418-167 |
| | ) | |
| EDWARD MAYNOR, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.   CR419-016 |
| | ) | |
| MARVIN SMITH, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.   CR419-017 |
| | ) | |
| CHARLES STEPLIGHT, ET AL, | ) | |
| | ) | |
| Defendants. | ) | |

UNITED STATES OF AMERICA,          )
                                   )
v.                                 )          Case No.  CR419-088
                                   )
DEVON WASHINGTON,                  )
                                   )
          Defendant.               )


UNITED STATES OF AMERICA,          )
                                   )
v.                                 )          Case No.  CR419-093
                                   )
AARON FUNK,                        )
                                   )
          Defendant.               )


UNITED STATES OF AMERICA,          )
                                   )
v.                                 )          Case No.  CR419-094
                                   )
YUSEF JENKINS,                     )
                                   )
          Defendant.               )


UNITED STATES OF AMERICA,          )
                                   )
v.                                 )          Case No.  CR419-100
                                   )
RASHAWN FEREBEE,                   )
                                   )
          Defendant.               )


UNITED STATES OF AMERICA,          )
                                   )
v.                                 )          Case No.  CR419-107
                                   )
RONALD WILLIAMS,                   )
                                   )
          Defendant.               )

```
UNITED STATES OF AMERICA,        )
                                 )
v.                               )        Case No.   CR419-124
                                 )
ORONDA OBERRY, ET AL,            )
                                 )
            Defendants.          )


UNITED STATES OF AMERICA,        )
                                 )
v.                               )        Case No.   CR419-125
                                 )
MAURICE SPEAKS,                  )
                                 )
            Defendant.           )
```

## ORDER

Frank M. Pennington, counsel of record for the United States of America in the above-styled cases, has moved for leave of absence. The Court is mindful that personal and professional obligations require the absence of counsel on occasion. The Court, however, cannot accommodate its schedule to the thousands of attorneys who practice within the Southern District of Georgia.

Counsel may be absent at the times requested. However, nothing shall prevent these cases from going forward; all discovery shall proceed, status conferences, pretrial conferences, and trial shall not be interrupted or delayed. It is the affirmative obligation of counsel to provide a fitting substitute.

**SO ORDERED** this **23rd** day of September 2019.

_____
HONORABLE WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA